# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

**In Propria Persona**
**JOSEPH A. GIBSON, III,**

    **Plaintiff,**

CASE NO. 1:21CV 791

**VS.**

**CHRIS FREEMAN, NC District Court Judge, Et., Al.,**

~~CIVIL RIGHTS COMPLAINT WITH A JURY DEMAND~~

    **In Their Individual**
    **And**
    **Official Capacities**

**OCTOBER 12, 2021**

    **Defendants.**

_____/

## PLAINTIFF'S MOTION FOR PRELININARY INJUNCTION AND/OR TRO

Plaintiff, Joseph A. Gibson, III, in the above-entitled action, acting In Propria Person, hereby respectfully moves this Honorable Court for a Preliminary Injunction and/or Temporary Restraining Order as set out below and for the reasons set forth in the accompanying Memorandum in Support of Plaintiff's Motion For Preliminary Injunction and/or Temporary Restraining Order, pursuant to *Fed. R. Civ. P. 65(a), et., seq.*

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court grant Plaintiff's Motion and issue a preliminary injunction and/or temporary restraining order directing the defendants, and/or their agents, to cease and

1

to desist from any further unlawful arrest(s), harassment, imprisonment, contact, and Court proceedings; place the Plaintiff, and any further pending legal action against the Plaintiff, by the defendants, and/or their agents, under the supervisory control of this Honorable Court.

**Dated:** October 12, 2021.

PLAINTIFF

Joseph A. Gibson, III
264 Red Oak Dr.
Stokesdale, NC 27357
(336) 419-72357

**In Propria Persona**

### CERTIFICATE OF SERVICE

I hereby certify that on this date, October 12, 2021, I caused the foregoing document to be filed and served on all known named Defendants by depositing a copy thereof in a depository under exclusive care and custody of the U.S. Postal Service in a first class postage-prepaid envelope properly addressed to:

2

_____
Joseph A. Gibson, III

3